UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                                   13 Cr. 261 (PKC)

       -against-

                                                                                                    ORDER

SAUL CABALLERO,

                                  Defendant.
-----------------------------------------------------------x

CASTEL, District Judge:

        Mr. Caballero's motion for appointment of counsel (Doc. 261) is denied without prejudice, applying the Hodge factors. It will be deemed an application for release for extraordinary and compelling reasons.

        The government is directed to respond by November 13, 2020.

        SO ORDERED.

                                                                               P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
        November 2, 2020