UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          13-cr-261 (PKC)

      -against-                                    ORDER

SAUL CABALLERO,

               Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In an Order dated April 15, 2024, the Court directed as follows:

        In a letter date[d] June 23, 2023, the government stated that "The defendant is awaiting scheduling for surgery to remove cataracts in his left eye, where it is expected that vision will improve . . . ."

        Counsel for defendant states that surgery has not occurred.  By April 29, 2024, the government shall advise in writing whether the surgery has occurred and, if not, why not.

(ECF 274.)

        The government has filed no response to the Order.

        No later than June 18, 2024, the government shall file a letter setting forth the information required by the Order of April 15, 2024.

        The Court notes that the most recent submission of the government was filed by Edward C. Robinson, Jr., but that no appearance from Mr. Robinson is reflected on the docket for this case.  A copy of this Order will be emailed to Mr. Robinson, who is directed to file a notice of appearance.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 12, 2024